IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TAVON JAMES HORTON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. DKC-23-556 |
| GAIL WATTS, *Warden,* et al., | * | |
| Defendants. | * | |

***

## MEMORANDUM OPINION

The court mailed a copy of an Order to Plaintiff Tavon Horton at the Baltimore County Detention Center ("BCDC") on September 20, 2023, which was the address he provided for mail to be sent in his initial papers. ECF No. 17. The Order was returned to the court as undeliverable on October 4, 2023, and the envelope was marked "RETURN TO SENDER NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD" and "RELEASED 8/15/23." ECF No. 18.

The court issued a second Order on October 24, 2023, providing Mr. Horton twenty-one (21) days to provide his current mailing address and notifying him that failure to comply with the Order may result in the dismissal of his case without prejudice or further notice. ECF No. 19. The Order was mailed to Mr. Horton at BCDC, his address of record. *Id.* To date, Mr. Horton has not responded to the Order, nor has the Order been returned to the court.

Dr. Barnes filed a motion to dismiss or, in the alternative, motion for summary judgment on November 27, 2023. ECF No. 20. The court issued Mr. Horton a Notice the same date advising him that he had twenty-eight days to respond to Dr. Barnes' motion. ECF No. 22. The court's Notice was mailed to Mr. Horton at his address of record at BCDC and returned to the court as undeliverable on December 8, 2023. ECF No. 23. The envelope was marked "RETURN TO

SENDER REFUSED UNABLE TO FORWARD" and "RELEASED 11/22/23." Thus, it appears that Mr. Horton was released from BCDC on August 15, 2023, reincarcerated, and released again on November 22, 2023, based on the markings on the return envelopes received by the court.

Pursuant to local rules, self-represented parties have an affirmative duty to file with the Clerk a statement of their current address where case-related papers may be served. *See* Loc R. 102.1.b.iii (D. Md. 2023). Mr. Horton's address has changed and notice has not been received indicating where he may now be served. Consequently, the amended complaint will be dismissed without prejudice and Dr. Barnes' motion to dismiss or, in the alternative, motion for summary judgment will be denied without prejudice. A separate order follows.

December 29, 2023                                     _____/s/_____
                                                      DEBORAH K. CHASANOW
                                                      United States District Judge